IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      8:08CR201
                               )
      v.                       )
                               )
MALIK JARMON,                  )      ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 22). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that trial in this matter is rescheduled for:

**Monday, September 22, 2008, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have time to explore plea negotiations or prepare for trial, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between August 4, 2008, and September 22, 2008, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
     LYLE E. STROM, Senior Judge
     United States District Court