IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR201 |
| | ) | |
| v. | ) | |
| | ) | |
| MALIK JARMON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court after a final disposition hearing was held on the amended petition for warrant or summons for offender under supervision (Filing No. 59). Defendant was present and represented by Michael F. Maloney, Assistant Federal Public Defender.  Plaintiff was represented by David M. Wear, Assistant United States Attorney.

      Defendant admitted Allegations 1 and 6 of the petition. The government made an oral motion to dismiss the remaining allegations.  The Court found the defendant to be in violation of his conditions of supervised release and proceeded to final disposition.

      IT IS ORDERED:

      1) Defendant is sentenced to a term of time served, with no supervision to follow.

      2) Allegations 2, 3, 4 and 5 of the amended petition are dismissed.

      DATED this 6th day of November, 2014.

                  BY THE COURT:

                  /s/ Lyle E. Strom
                  _____
                  LYLE E. STROM, Senior Judge
                  United States District Court